```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MSP RECOVERY CLAIMS SERIES 44, LLC and   :
MSP RECOVERY CLAIMS, SERIES LLC,         :
                                         :
                        Plaintiffs,      :
                                         :    22cv9837 (DLC)
           -v-                           :
                                         :        ORDER
PFIZER, INC.,                            :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 18, 2022, this action was transferred to this District from the Southern District of Florida.  The action was reassigned to this Court on November 22.  It is hereby

ORDERED the parties shall submit letters no later than **December 12, 2022** discussing whether this case should be stayed, and identifying any other proceedings relevant to the disposition of this case.

Dated:    New York, New York
          December 6, 2022

                                  _____
                                         DENISE COTE
                                  United States District Judge